ISAAC ESKENAZI, an infant, by His Guardian ad Litem, GABRIEL ESKENAZI, et al., Respondents, v. CLEARTONE THEATRE CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY STEMMER and DAVID KRAKOWER, Appellants, et al., Defendants.— Judgments unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Van Voorhis, J., votes to affirm on the authority of *Matter of Harlem Check Cashing Corp.* v. *Bell* (296 N. Y. 15).

BYRNE BOWMAN & FORSHAY, INC., Appellant, v. LAWRENCE J. DE SWARTE, Respondent.— Judgment unanimously reversed, without costs. Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to plaintiff to serve an amended complaint within ten days after service of the order to be entered herein, with notice of entry, on payment of said costs. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

LECOUNA CUBAN BOYS, INC., et al., Respondents, v. ARTHUR WINARICK et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Van Voorhis, J., concurs on the ground that notwithstanding that it appears from the face of the complaint that the goods were destroyed by fire, the complaint states a cause of action since it alleges that the fire was due to the negligence of the defendants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTINE B. WARD et al., Respondents, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [115 E. 77th St. and 24 E. 72nd St., Borough of Manhattan.] — Order unanimously modified by increasing the land value on both premises for the years 1945-46 and 1946-47 to the assessed valuations for said years, and as so modified affirmed, with $20 costs and disbursements to the appellants. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

SOPHIE ROSSUM, Respondent, v. ROBERT S. SAPHIR et al., Appellants.— Determination of the Appellate Term unanimously reversed and judgment of the Municipal Court affirmed, with costs to the defendants in this court and in the Appellate Term. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

TIMES SQUARE CONCESSIONS, INC., Appellant, v. SHEFFIELD FARMS COMPANY, INC., Respondent. CAPITAL MILK BARS CORP., as Assignee of TIMES SQUARE CONCESSIONS, INC., Appellant, v. SHEFFIELD FARMS COMPANY, INC., Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Application of GREATER NEW YORK BREWERY, INC., et al., Respondents, for an Order Staying Arbitration between Respondents and MARCUS DALY et al., Appellants.— Order unanimously modified so as to provide that only Daniel J. Casey shall be stayed from proceeding with the arbitration and as so modified affirmed, with $10 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.